UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Griffin Smith,                          )
                                        )
                Plaintiff,              )
                                        )
        v.                              )     Civil Action No.  **10 0919**
                                        )
                                        )
Duane B. Delaney, Esq.                  )
                                        )
                Defendant.              )

## MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted and the complaint will be dismissed pursuant to 28 U.S.C. § 1915A (requiring dismissal of a prisoner's complaint upon a determination that the complaint, among other grounds, fails to state a claim upon which relief can be granted).

Plaintiff, an inmate at the United States Penitentiary Hazelton in Bruceton Mills, West Virginia, seeks to compel via a writ of mandamus the Clerk of the Superior Court of the District of Columbia to process his request for records under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. This Court is not authorized to issue a writ of mandamus against District of Columbia officials because its mandamus powers extend only to "officer[s] or employee[s] of the United States[.]" 28 U.S.C. § 1361. In addition, the Superior Court is not subject to the federal FOIA, which applies only to executive-branch agencies of the United States. *See* 5 U.S.C. § 552(f) (defining agency as "any executive department. . . Government corporation, Government controlled corporation, or other establishment in the executive branch of the Government . . . , or any independent regulatory agency"). Plaintiff's recourse lies, if at all, in the District of

Columbia courts under common law. *See Hill v. Federal Judicial Center*, 238 Fed.Appx. 622, 623 (D.C. Cir. 2007) (stating that "courts have long recognized a common-law right of access to public records that stands independently of the Freedom of Information Act") (citations omitted). A separate Order of dismissal accompanies this Memorandum Opinion.

Date: May 18, 2010

United States District Judge